IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRITT COTTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 3:23-cv-00370 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| UNITED MECHANICAL & | ) |
| ELECTRICAL, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Britt Cotton has filed a "Notice of Voluntary Dismissal Without Prejudice" to dismiss this case. (Doc. No. 18, "Notice"). The Notice was brought pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and signed by both parties, which sufficed to serve as a stipulation of dismissal and dismiss this action without any action on the part of the Court. The Notice states that dismissal is without prejudice, and therefore under Rule 41(a)(1)(B), the dismissal is without prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED WITHOUT PREJUDICE** effective as of the time of the filing of the Notice, and the Clerk is directed to close the file.

The Clerk of the Court is **DIRECTED** to enter final judgment under Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE